# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED TITLE GROUP, LLC,**

    **Plaintiff,**

**v.**                                             **Case No:   6:16-cv-1943-Orl-22GJK**

**REGIONS BANK,**

    **Defendant.**

## ORDER

This cause comes before the Court on Regions Bank's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. No. 4) filed November 9, 2016.  Plaintiff has not filed any opposition.

Based on the foregoing, it is ordered as follows:

1. Regions Bank's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. No. 4) is GRANTED.

2. This case is DISMISSED without prejudice.

3. The Court declines to award attorney's fees as Defendant failed to establish its entitlement to fees.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record