# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED TITLE GROUP, LLC,**

      **Plaintiff,**

**v.**                                                         Case No:   6:16-cv-1943-Orl-22GJK

**REGIONS BANK,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant Regions Bank's Motion to Tax Costs and Defendant Regions Bank's Motion for an Award of Reasonable Attorneys' Fees and related Nontaxable Expenses (Doc. Nos. 14 and 15) filed on December 13, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motions be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 7, 2017 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant Regions Bank's Motion to Tax Costs (Doc. No. 14) is hereby GRANTED.   The Clerk is directed to tax costs (Doc. No. 13).

3. Defendant Regions Bank's Motion for an Award of Reasonable Attorneys' Fees and related Nontaxable Expenses (Doc. No. 15) is hereby GRANTED. This matter is

REFERRED to the Magistrate Judge for determination of reasonable attorneys' fees and related nontaxable expenses.

    **DONE** and **ORDERED** in Orlando, Florida on March 24, 2017.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record